```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024
```

# The Law Offices of Diane H. Lee, P.C.*

**1630 Center Avenue**  
**Fort Lee, NJ 07024**  
**TEL: (201)363-0101**  
          **(201)482-4183**  
          **(551)309-9833**  
DLEE@DHLLAW.COM  
www.thelawofficesofdianehlee.com  
*Member of NY and NJ Bars

**11 E. 44th Street**  
**Suite 1001**  
**New York, NY 10017**

PLEASE REPLY TO  
FORT LEE OFFICE

November 25, 2024

**VIA ECF:**  
Honorable Mary Kay Vyskocil, U.S.D.J.  
United States District Court  
Southern District of New York  
500 Pearl St.  
Room 2230  
New York, NY 10007

Re: **Request for Adjournment for Initial Conference**  
     Choi v. Benefit Holdings LLC et al. (1:24-cv-06573-MKV)

Your Honor:

My firm represents the Defendants in the above-referenced matter. I am writing this letter to respectfully request that the initial conference currently scheduled for Wednesday, December 18, 2024 at 11:30 am be adjourned to December 17, 19, or 20, 2024. This is due to the fact that I am scheduled to appear for the initial conference in person in another matter at the Eastern District Court of New York on the same day at 12:00pm.

This is my first request for an adjournment. The Plaintiff's Counsel consents to my request for an adjournment. Thank you.

Respectfully,

Diane H. Lee

*Enclosure*

cc: Madeline Howard, Esq. (Via ECF)  
     Sacco & Fillas, LLP  
     Attorney for Plaintiff

---

**Granted. The Initial Pretrial Conference scheduled for December 18, 2024 at 11:30 AM is rescheduled to December 17, 2024 at 12:00 PM.**

**SO ORDERED.**

Date: 11/25/2024  
New York, New York

*Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge