```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2025
```



**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2251
Direct Fax: 718 679-9660

mhoward@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Jack Berry
Shira J. Biegacz
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Alex Diaz
Christopher DelCioppio*
Kurt A. Doiron
Jennifer Fleming
Ronald B. Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Russell T. McHugh
Philip R Reid*
Jonathan Sanders
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
U. William Sung
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

April 8, 2025

**VIA EMAIL**
The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007
VyskocilNYSDChambers@nysd.uscourts.gov

**Re: Choi v Benefit Brand Management**
**Case Id 1:24-cv-06573**

To the Hon. Mary Kay Vyskocil

    This firm represents Plaintiff in the above-captioned matter. Plaintiff writes with the consent of Defendants to respectfully request an additional 14 days to file the parties' FRCP Rule 68 Offer of Judgment and Notice of Acceptance, from April 8, 2025 until April 22, 2025. The parties are finalizing the terms of their settlement and require some additional time to complete and execute the necessary documents. This is the first request for an extension of time.

    The parties thank the Court for its consideration of this matter,

Madeline Howard, Esq.

**Granted. SO ORDERED.**

Date: 4/8/2025
New York, New York

Mary Kay Vyskocil
United States District Judge

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024