

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2025

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2251
Direct Fax: 718 679-9660

mhoward@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Jack Berry
Shira J. Biegacz
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Alex Diaz
Christopher DelCioppio*
Kurt A. Doiron
Jennifer Fleming
Ronald B. Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Russell T. McHugh
Philip R Reid*
Jonathan Sanders
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
U. William Sung
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

April 22, 2025

**VIA EMAIL**
The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007
VyskocilNYSDChambers@nysd.uscourts.gov

<u>Re: Choi v Benefit Brand Management</u>
<u>Case Id 1:24-cv-06573</u>

To the Hon. Mary Kay Vyskocil

This firm represents Plaintiff in the above-captioned matter. Plaintiff writes with the consent of Defendants to respectfully request an additional 7 days to file the parties' FRCP Rule 68 Offer of Judgment and Notice of Acceptance, from April 22, 2025 until April 29, 2025. The parties have finalized their settlement documents but need a short additional time to execute them. This is the second request for an extension of time.

The parties thank the Court for its consideration of this matter,

Madeline Howard, Esq.

**Granted. SO ORDERED.**

Date: 4/23/2025
New York, New York

Mary Kay Vyskocil
United States District Judge

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024