USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x
DANIEL CHOI,

                Plaintiff,            Civil Action No.: 24-CV-06573

    -v.

                                       ~~[PROPOSED]~~

                                       **RULE 68 JUDGMENT**

BENEFIT HOLDINGS LLC and ALBERT
HONG,

                Defendants.
———————————————————————x

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Benefit Holdings, LLC ("Corporate Defendant"), and an individual Defendant Albert Hong ("Defendant Hong"), collectively "Defendants", having offered to allow Plaintiff Daniel Choi to take a judgment against them, in the sum of Twelve Thousand Dollars and No Cents ($12,000.00), with respect to Plaintiff's claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated April 29, 2025, and filed as **Exhibit A** to Docket Number 33;

    **WHEREAS**, on April 29, 2025, Plaintiff's attorney confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (ECF Dkt. No.: 34);

    It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Daniel Choi, in the sum of Twelve Thousand Dollars and No Cents ($12,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated April 29, 2025, and filed as **Exhibit A** to Docket Number 33.

Dated:     April 30    , 2025
        New York, New York

                                                        Hon. Mary Kay Vyskocil
                                                        United States District Judge